UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAGESH PALAKURTHI,

    Plaintiff,

v.

    Case No. 21-cv-10707
    Honorable Linda V. Parker

WAYNE COUNTY,

    Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF NO. 95)

This matter is currently before the Court on Plaintiff Nagesh Palakurthi's motion for reconsideration of this Court's decision denying his motion for summary judgment without prejudice. On November 5, 2025, the Court denied Palakurthi's motion pursuant to Federal Rule of Civil Procedure 56(d) because Defendant Wayne County demonstrated that discovery was needed to respond to Palakurthi's claims. (ECF No. 92.) Palakurthi argues that discovery in fact is not needed, as Sixth Circuit and Michigan Supreme Court precedent establish the County's liability.

Pursuant to Eastern District of Michigan Local Rule 7.1(h), motions for reconsideration of non-final orders may be granted on only three grounds: (1) a mistake of the court "based on the record and law before the court at the time of its

prior decision" if correcting the mistake would change the outcome of the prior decision; (2) "[a]n intervening change in controlling law warrants a different outcome"; or (3) "[n]ew facts warrant a different outcome and the new facts could not have been discovered with reasonable diligence before the prior decision." *Id.* Palakurthi fails to demonstrate a ground for relief.  Most significantly, while the County may have illegally retained the surplus proceeds from the sale of the subject property, there are facts requiring discovery to determine Palakurthi's interest in the property at the time of the taking.  In other words, the County may be liable for a taking in violation of the United States Constitution, but there remains a question as to whom the County is liable.

The County demonstrated through an affidavit its need for discovery on this issue.  Pursuant to Rule 56(d), a court may deny a summary judgment motion when discovery is needed to respond to the motion.

Accordingly,

**IT IS ORDERED** that Palakurthi's motion for reconsideration (ECF No. 95) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 10, 2025