UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAGESH PALAKURTHI,

    Plaintiff,

v.

    Case No. 21-cv-10707
    Honorable Linda V. Parker

WAYNE COUNTY, *et al.*,

    Defendants.
_____/

## OPINION AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 104)

Plaintiff Nagesh Palakurthi filed this lawsuit claiming that Wayne County unlawfully retained the "surplus proceeds" from the tax auction sale of certain foreclosed property. The matter is presently before the Court on Palakurthi's "Renewed Motion for Summary Judgment" pursuant to Federal Rule of Civil Procedure 56, filed December 16, 2025. (ECF No. 104.) Palakurthi filed the motion despite this Court's November 5, 2025 denial without prejudice of his previous summary judgment motion because Wayne County demonstrated its need for discovery to respond, as required by Rule 56(d) (ECF No. 92), the continued pendency of motions precipitated by Palakurthi's refusal to respond to Wayne County's discovery requests (ECF Nos. 90, 101), and the fact that Palakurthi still has not produced the discovery Wayne County claimed in its Rule 56(d) affidavit it

needs to respond (*see* ECF No. 108-1). Because the needed discovery remains outstanding, Wayne County again responds to Palakurthi's pending motion with a Rule 56(d) affidavit from its counsel, and asks the Court to deny the motion, defer adjudication, or find that Palakurthi's claims are time barred and sua sponte grant summary judgment to Wayne County.[1] (ECF No. 108.)

Because the posture of this matter has not changed since the Court denied Palakurthi's previous summary judgment motion pursuant to Rule 56(d), the Court is denying without prejudice his renewed motion. Magistrate Judge Curtis Ivy, Jr., to whom the pending discovery motions are referred, is conducting a hearing with respect to those motions on January 14. If Magistrate Judge Ivy grants Wayne County's motions, in whole or in part, Palakurthi must comply with his order. Palakurthi and his counsel are warned that the failure to comply could result in sanctions, including the dismissal of his claims. *See* Fed. R. Civ. P. 37(b)(2). Palakurthi and his counsel are further warned that the filing of another dispositive motion before fully complying with any discovery order will result in sanctions.

---

[1] The Court declines Wayne County's invitation to *sua sponte* grant summary judgment based on the statute of limitations. Wayne County has asserted its statute of limitations argument in several previous motions, which the Court already has rejected. The current request appears to be both a disguised and improper motion for reconsideration of those decisions.

2

In conclusion, the Court **DENIES WITHOUT PREJUDICE** Palakurthi's Renewed Summary Judgment Motion (ECF No. 104) for the reasons set forth in the November 5, 2025 decision denying his initial motion.

**SO ORDERED**.

<pre>
                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE
Dated: January 7, 2026
</pre>